# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00566-CV

---

**Frederick-Omoyuma Silver, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-002235,
### THE HONORABLE MARGARET G. MIRABAL, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Frederick-Omoyuma Silver, acting pro se, filed a notice of appeal from the denial of "Order Denying Claimant Motion to recuse." On September 5, 2019, the Clerk of this Court advised appellant that it appears that this Court lacks jurisdiction over this matter and requested that he file a response by September 16, 2019, explaining how this Court may exercise jurisdiction over this appeal.

Appellant filed a response on September 5, 2019, but his response fails to explain how this Court has jurisdiction over this appeal. "An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from a final judgment." *See* Tex. R. Civ. P. 18a(j)(1)(A). Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed for Want of Jurisdiction

Filed:   September 25, 2019